IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
|     Linda Mannices | : |
| | :    Case No.: 18-12334JKF |
| | : |
| Debtor(s) | :    Chapter 13 |

## **PRAECIPE  TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

TO THE COURT:

    On behalf of the Debtor, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.  The applicable schedules and statements will be filed with the Court.


Dated: April 27, 2020                                /s/ Brad J. Sadek, Esquire
                                                                                 Brad J. Sadek, Esquire
                                                                                  Sadek and Cooper
                                                                                  "The Philadelphia Building"
                                                                                  1315 Walnut Street, #502
                                                                                  Philadelphia, PA 19107
                                                                                  215-545-0008